### ROBINSON v. RILEY.

Ohio Appeals, 5th Dist., Athens Co.

Emmett Keenan, for plaintiff in error.

M. D. Hughes, for defendants in error.

**544. FORCIBLE ENTRY AND DETAINER.**
Sections 10447 to 10461 GC., relating to forcible entry and detainer, not self sufficient. Provisions of other chapters, on matters not covered, apply to forcible entry cases.

**685. JUSTICES OF THE PEACE—1104. Statutes.**
Judgments of justices of the peace, in actions in forcible detention, required to be entered by fourth day after trial.

MAUCK, J.

1. Article 1 of the Act of March 14, 1853 (51 O. L., 179) Sections 10447 to 10461, Gen-

eral Code, relating to forcible entry and retainer, is not self-sufficient, providing entire machinery for trying cases of such character, but provisions of other chapters on matters not covered by such chapter apply to forcible entry cases.

2. Section 10378, General Code, is to be read in connection with Section 10458, General Code, so that judgments of justices of the peace in actions in forcible detention are required to be entered by the fourth day after trial.

(Middleton, J., concurs. Sayre, PJ., not participating.)

For reference to full opinion, see Omnibus Index, last page, this issue.